UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STACEY MALKOWSKI, | Case No. 4:20-cv-13291 |
| Plaintiff, | Hon. Matthew F. Leitman<br>United States District Judge |
| v. | |
| KILOLO KIJAKAZI,<br>Acting Commissioner,<br>Social Security Administration, | Hon. David R. Grand<br>United States Magistrate Judge |
| Defendant. | |

_____/

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on January 18, 2022,

IT IS ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 18, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 18, 2022, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (810) 341-9764